FILED
JUN - 3 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08cr1771-JAH |
| Plaintiff, ) | I N F O R M A T I O N |
| v. ) | Title 18, U.S.C., Sec. 1544 - Misuse of Passport (Felony) |
| CARLOS FELIX-LOPEZ, ) aka Gaspar Emiliano Muriel, ) | |
| Defendant. ) | |

The United States Attorney charges:

On or about May 2, 2008, within the Southern District of California, defendant CARLOS FELIX-LOPEZ, did willfully and knowingly use passport number 037599572, issued under the authority of the United States, to Gaspar Emiliano Muriel, a person other than the defendant, to gain entry into the United States at the San Ysidro Port of Entry; in violation of Title 18, United States Code, Section 1544.

DATED: June 3, 2008.

KAREN P. HEWITT
UNITED STATES ATTORNEY

_/s/ Charlotte E. Kaiser_
CALEB M. MASON
Assistant U.S. Attorney

CEM:pcf
5/13/08