AO 455(Rev. 5/85) Waiver of Indictment

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

CARLOS FELIX-LOPEZ,
aka Gaspar Emiliano Muriel,

WAIVER OF INDICTMENT


FILED
JUN - 3 2008
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

CASE NUMBER: 08cr1771-JAH

I, CARLOS FELIX-LOPEZ aka Gaspar Emiliano Muriel, the above named defendant, who is accused of:

Title 18, U.S.C., Sec. 1544 - Misuse of a Passport

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 6/3/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

CARLOS FELIX-LOPEZ
Defendant

ROBERT H. REXRODE
Counsel for Defendant

Before _____
JUDICIAL OFFICER