# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) | CASE NUMBER __08CR1771-JAH__ |
|---|---|---|
| vs | ) | ABSTRACT OF ORDER |
|  | ) | Booking No. __08405298__ |
| Carlos Felix-Lopez | ) |  |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of __7/14/08__
the Court entered the following order:

- ✓ Defendant be released from custody.
- ____ Defendant placed on supervised / unsupervised probation / supervised release.
- ____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.
- ____ Defendant released on $_____ bond posted.
- ____ Defendant appeared in Court. FINGERPRINT & RELEASE.
- ____ Defendant remanded and (____ bond) (____ bond on appeal) exonerated.
- ✓ Defendant sentenced to TIME SERVED, supervised release for __2__ years.
- ____ c.c. judgment Court of Appeals (____ affirming) (____ reversing) decision of this Court:
       ____ dismissing appeal filed.
- ____ Bench Warrant Recalled.
- ____ Defendant forfeited collateral.
- ____ Case Dismissed.
- ____ Defendant to be released to Pretrial Services for electronic monitoring.
- ____ Other. _____

JOHN A. HOUSTON

UNITED STATES ~~MAGISTRATE~~ DISTRICT JUDGE

OR

W. SAMUEL HAMRICK, JR.  Clerk

by _____ Deputy Clerk

Received _____ DUSM

Crim-9 (Rev 6-95)

★ U.S. GPO: 1996-783-398/40151

CLERKS' COPY